PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

| United States District Court | District | Southern District of Indiana |
|---|---|---|

Name: Dakota Lintz
Prisoner No.: 261904
Case No.: WVS 21-04-016

Place of Confinement: SCU - WVCF

FILED
08/06/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

2:21-cv-306-JRS-MG

SCANNED at WVCF and Emailed on 8/6/21 by HM - 8 pages.
(date) (initials) (num)

Name of Petitioner (include name under which convicted): Dakota Lintz

v.

Name of Respondent (authorized person having custody of petitioner): Frank Vanihel

The Attorney General of the State of Indiana: Todd Rokita

## PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt: L. Wadhwan, Wabash Valley Correctional Facility

2. Date of Guilt determination: 5-26-21

3. Sanctions imposed: Written reprimand, DRH 6 months (1-22-23 - 7-22-24) Credit Class demotion (1 Tec)

4. Nature of rule infractions involved (all counts): Assault on Staff (117)

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐

6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
   (a) Screening Officer Hearing ☒
   (b) Full Hearing ☐

7. Did you testify at your disciplinary hearing?
   Yes ☐  No ☒

8. Did you appeal from the guilty determination and imposition of sanction(s)?
   Yes ☒  No ☐

T5

9. If you did appeal, answer the following:

   (a) Name and title of Reviewing Authority: No Review made / no answer

   (b) Result No Results, Conclusions, determinations, etc. no answer

   (c) Date of result _____

   (d) Grounds raised I had recieved punishments for assault on staff by being placed on strip cell status. When I came off strip cell status for my actions, I was then placed in a camera cell for 3 weeks. When I got screened for this conduct report its made out to a code 117 for "assault with a weapon" definition, the sanctions show DRH for (6) months but made out to be for over a year and a half (1/22/21 - 7/22/24).

   (e) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:

   (1) Name and title of Higher Reviewing Authority: _____

   (2) Result _____

   (3) Date of result _____

   (4) Grounds raised _____

10. Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?

    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

12  State *concisely* every ground on which you claim that you were unconstitutionally deprived of credit time or subjected to unconstitutional disciplinary punishment. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
   CAUTION: In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Marham v Clark*, 978 F.2d 1057 (7th Cir. 1990) prior to filing this petition.

(A) GROUND ONE: Violation of due process:

SUPPORTING FACTS (state *briefly* without citing cases or law) I was refused a full hearing yet it was said I was the one refused, but I had not. I spit on a C/o and was wrote up for a 117. I was given from punishment to violating rules and placed on strip cell status. Came off strip cell status the next day. I was placed in Camera cell as form of punishment to conduct. When getting C.A.B. Sanction, I was given multiple sanctions written Reprimand, DRH (6) months - But contradicted given sanction by giving me over a year and a half (1/22/23-7/22/24), and Demotion of 1 TEC.

(B) GROUNT TWO: Cruel / unusual punishment:

SUPPORTING FACTS (state *briefly* without citing cases or law) Sanctioning me on same day as (Report #: WVS 21-04-010) and giving me DRH time for excessive time. (6 months DSRH 7/22/22-1/22/23) Then when knowing my DSRH time was to end on (1/22/23), C.A.B. gave me another (6) months DSRH - Yet didn't correct its error in giving me DSRH sanction for over a year and a half. ending (7/22/24)

(C) GROUNT THREE: _____

SUPPORTING FACTS (state *briefly* without citing cases or law) _____

AO 241   (Rev.5/85)

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level:

_____
_____
_____

14. Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?

Yes ☐    No ☒

15. Give the name, Title, and/or D.O.C. Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:

(a) At Disciplinary hearing: _____

_____

(b) At Institutional Level Appeal: _____

_____

(c) At I.D.O.C. Level Appeal: _____

_____

WHEREFORE, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct. Executed on

8/4/21
_____
DATE

_____
Signature of Petitioner

T5